IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 APR 29 PM 2:41

MBJS, INC.,  )
  )
    Plaintiffs,  )
  )
v.  )
  )  No. C-1-02-372
VIMAL PATEL, et al.,  )  Judge Susan J. Dlott
  )
    Defendant/Judgment Debtors  )
  )

## SUPPLEMENTAL AFFIDAVIT OF VIMAL PATEL

Vimal Patel on oath deposes and states as follows:

1. That this affidavit is made in support of the Motion to Vacate Default Judgment filed herein and the subsequent Response of Vimal Patel to "Memo Contra" filed by Plaintiff.

2. In August 2002, my attorney Todd J. Flagel advised me by telephone that I was being removed as a party Defendant in these proceedings.

3. I have reviewed the attached Exhibit 1 which Plaintiff attached to the pleading referred to in paragraph 12 of the Memo Contra. This is not my signature nor did I receive a certified letter on that date.

4. Affiant if sworn to as a witness could competently testify to the facts herein set forth.

FURTHER AFFIANT SAYETH NOT.

_____
Vimal Patel

Subscribed and sworn to
before me this 27th day
of April, 2004.

_____
Notary Public

"OFFICIAL SEAL"
KAREN DAL SANTO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2/24/2007