IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MBJS, INC., | : |
| Plaintiff(s) | : |
| | : Case Number: C-1-02-372 |
| vs. | : |
| | : District Judge Susan J. Dlott |
| VIMAL PATEL, et al, | : |
| Defendant(s) | : |

ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(A), (B) and (C) and §636(b)(3), the above-captioned matter is hereby referred to Timothy S. Hogan, United States Magistrate Judge. The Magistrate Judge is empowered to deal with the post-judgment motions and procedures, whether dispositive or not, and to render a report and recommendation to the Court on any matters classified as dispositive by statute. No transcript need be prepared on non-dispositive matters.

IT IS SO ORDERED.

    s/Susan J. Dlott
Susan J. Dlott
United States District Judge