IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MBJS, INC., : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: C-1-02-372 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| VIMAL PATEL, et al, : | |
| : | |
| Defendant(s) : | |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Hogan filed on October 8, 2004(Doc. 22), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired October 28, 2004, hereby ADOPTS said Report and Recommendations.

IT IS ORDERED AND ADJUDGED that the motion to set aside default judgment is hereby GRANTED.

IT IS SO ORDERED.

            ___s/Susan J. Dlott_____
            Susan J. Dlott
            United States District Judge