AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

MBJS, INC.,

                                      Case Number:   C-1-02-372

              V.

VIMAL PATEL, et al,                        District Judge Susan J. Dlott

NOTICE

**TAKE NOTICE** that a STATUS/SCHEDULING CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse | Room 829 |
| 100 East Fifth Street | **DATE AND TIME** |
| Cincinnati, Ohio 45202 | DECEMBER 10, 2004 at 11:30 A.M. |

JAMES BONINI, CLERK

___s/Stephen Snyder_____
Stephen Snyder
Case Manager
(513) 564-7633

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.