# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

04 DEC 20 PM 1:36

| | | |
|---|---|---|
| MBJS, INC. **Plaintiff** ) | CASE NO.: C-1-02-372 | |
| v. ) | Appearing on behalf of: VIMAL PATEL | |
| VIMAL PATEL, ET AL ) **Defendant** ) | **DEFENDANT** (Plaintiff/Defendant) | |

## APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner,* WILLIAM L. KABAKER, hereby requests permission to appear pro hac vice in the subject case filed in the WESTERN Division of the United States District Court for the Southern District of Ohio. *Petitioner* states under penalty of perjury that (he/she) is a member in good standing of the Bar of the highest Court of the State of ILLINOIS and that a current Certificate of Good Standing this Court is provided. *Petitioner* states further that (he/she) is not eligible for admission under Local Rule 83.4(b). *Petitioner* designates GARY F. FRANKE as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

This 16th day of December, 20 04.

*/s/ William Kabaker*
(Signature of *Petitioner*)

312-229-6888    WILLIAM L. KABAKER & ASSOCIATES, P. C.
**Business Telephone    Law Firm**

55 EAST MONROE ST SUITE 3420
**Business Address**

Chicago, IL 60603
**City, State, Zip**

312-229-5999
**Fax Number**

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, *Gary F. Franke*, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise.

-2-

This **20** day of **December**, 20**04**.

**0029793** _____
Ohio Bar Number    Signature of Local Counsel

**(513) 564-9222**    **Gary F. Franke Co., L.P.A.**
Business Telephone    (Law Firm)

**120 E. 4th Street, Suite 1040**
(Business Address)

**Cincinnati, Ohio 45202**
(City, State, Zip)

**Same**
(Mailing Address)

## CERTIFICATE OF SERVICE

The above having been mailed to opposing counsel for plaintiff/defendant **MBJS, Inc.** this date **December 20, 2004**

_____
Signed by Local Counsel