```
Mon Dec 20 13:33:49 2004

    UNITED STATES DISTRICT COURT
    CINCINNATI, OH
Receipt No.    100 425094
Cashier         sj1

Tender Type  CHECK

Check Number: 3780

Transaction Type   C

Case No./Def No. 1:04-LB-ATTY  /   1

DO Code    Div No      Acct
 4661        1         6855XX

Amount              $      50.00

GARY R FRANKE CO LPA


PRO HAC VICE WILLIAM L KABAKER 1:02CV372




Mon Dec 20 13:33:49 2004

Check No. 3780
Amount $    50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```