IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MBJS, INC.,

vs.                                         Case Number: C-1-02-372

VIMAL PATEL, et al,

ORDER

This matter is before the Court upon defendants' Motion for Admission of attorney William Kabaker (Doc. 25).

IT IS HEREBY ORDERED THAT the Motion is GRANTED and attorney William Kabaker is hereby admitted to practice pro hac vice as co-counsel.

This order is conditioned upon the applicants registration and participation in the court's electronic filing system. See: www.ohsd.uscourts.gov.

IT IS SO ORDERED.

   s/Susan J. Dlott
Susan J. Dlott
United States District Judge