IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MBJS, INC.,

    vs.                                       Case Number: C-1-02-372

VIMAL PATEL, et al,

ORDER

This matter is before the Court upon the motion of counsel for plaintiff to withdraw (Doc. 26). A hearing will be held in open Court on August 2, 2005 at 2:00 p.m. in Courtroom 7 (Room 117) of the Potter Stewart U.S. Courthouse, 100 E. Fifth Street, Cincinnati, Ohio.

Counsel is hereby directed to advise plaintiff by certified mail of the hearing. Failure of plaintiff to appear may be grounds for dismissal of this action for want of prosecution.

IT IS SO ORDERED.

                                                            ___s/Susan J. Dlott_____
                                                            Susan J. Dlott
                                                           United States District Judge