IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


MBJS, INC.,

     vs.                                    Case Number: C-1-02-372

VIMAL PATEL, et al,


ORDER

This matter is before the Court upon the motion of counsel for plaintiff to withdraw (Doc.

26). A hearing will be held in open Court on September 14, 2005 at 10:30 a.m. in Courtroom 7 (Room

117) of the Potter Stewart U.S. Courthouse, 100 E. Fifth Street, Cincinnati, Ohio.

     Counsel is hereby directed to advise plaintiff by certified mail of the hearing. Failure of

plaintiff to appear may be grounds for dismissal of this action for want of prosecution.

     IT IS SO ORDERED.


          _____s/Susan J. Dlott_____
          Susan J. Dlott
          United States District Judge