IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MBJC, Inc., :
:
      Plaintiff(s) :
: Case No. 1:02cv372
v. :
: District Judge Susan J. Dlott
Vimal Patel, et al, :
:
      Defendant(s) :

**O R D E R**

This matter is before the Court upon the motion of counsel for plaintiff to withdraw. On August 4, 2005, this Court issued an order directing counsel to advise plaintiff by certified mail of the hearing and such notice was given.

In open court counsel indicated reasons sufficient to comply with Rule 4.3(e) of the Southern District of Ohio. Accordingly, the motion of counsel for plaintiff to withdraw is hereby GRANTED.

The Court further indicated in its August 4, 2005 order that failure of the plaintiff to appear may be grounds of dismissal of this action for want of prosecution. District courts have the power to dismiss civil actions for want of prosecution to "manage their own affairs so as to achieve the orderly and expeditious disposition of cases." <u>Link v Wabash R.R.</u>, 370 U.S. 626, 630-31 (1962). By failing to appear as directed by this Court's order, plaintiff demonstrates a lack of prosecution of his action and a failure to obey a Court order.

Accordingly, it is ORDERED that this case is hereby DISMISSED for failure to obey a Court order and for lack of prosecution.

IT IS SO ORDERED.

                                        ___s/Susan J. Dlott_____
                                        Susan J. Dlott
                                        United States District Judge